IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| JASON GUAJARDO and CHRISTOPHER LOPEZ, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. |
| v. | § § § | 7:18-CV-00025-DC-RCG |
| BIRD ELECTRIC ENTERPRISES, LLC, | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' MOTION TO ENTER AGREED JUDGMENT**

On February 28, 2020, Plaintiffs Jason Guajardo and Christopher Lopez, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Bird Electric Enterprises, LLC ("Defendant") agreed to settle Plaintiffs' claims against Defendant. Plaintiffs agreed to a release and dismissal of this lawsuit in exchange for a series of payments by Defendant to Plaintiffs. Dkt. 84. The Confidential Settlement Agreement and Release ("Settlement Agreement") between Plaintiffs and Defendant is filed under seal with the Court as Docket Entry No. 86. The Court approved the settlement agreement on March 12, 2020. Dkt. 85.

2.  Defendant's first payment under the Settlement Agreement was due on or before March 31, 2020. Defendant failed to make that payment and is thus in default under the Settlement Agreement. Dkt. 86 pp. 4-6, ¶¶ 14(b)(ii), (c). Per paragraphs 15 and 16 of the Settlement Agreement, Plaintiffs provided notice to Defendant of the default on April 1, 2020, triggering a 10-day period for Defendant to cure its default. *See* Exhibit A; Dkt. 86 pp. 5-6, ¶¶ 15, 16. Defendant failed to cure during that 10-day period and it has not made any payments under the

Settlement Agreement.

3. Therefore, consistent with Paragraph 15 of the Settlement Agreement, Plaintiffs request that the Court enter the Parties' Agreed Judgment. Dkt. 86 pp. 5-6, ¶ 15.

4. Plaintiffs request all other relief to which they are entitled.

Respectfully submitted,

/s/ *Daniel A. Verrett*
Daniel Anthony Verrett
Texas State Bar No. 24075220
daniel@morelandlaw.com
**MORELAND VERRETT, P.C.**
2901 Bee Cave Road, Box L
Austin, Texas 78746
Telephone: (512) 782-0567
Facsimile: (512) 782-0605

Edmond S. Moreland, Jr.
State Bar No. 24002644
edmond@morelandlaw.com
**MORELAND VERRETT, P.C.**

700 West Summit Drive
Wimberley, Texas 78676
Telephone: (512) 782-0567
Facsimile: (512) 782-0605

**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

On April 14, 2020, the foregoing document was served via electronic mail upon all counsel of record.

*Daniel A. Verrett*
Daniel A. Verrett

Page 2